## GARY J. WILSON *v.* CITY OF STAMFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 339 (AC 24013), is denied.

*Gary J. Wilson*, pro se, in support of the petition.

Decided March 24, 2004

## PAUL W. ORVIS, JR. *v.* DIANNE LESEBERG ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 24424) is denied.

*Dianne Leseberg*, pro se, in support of the petition.

Decided March 24, 2004

## KERRY D. WEIGOLD, ADMINISTRATOR (ESTATE OF FRANCES WEIGOLD) *v.* JAYANTKUMAR C. PATEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 347 (AC 23289), is denied.

*Michael J. Walsh* and *Ann W. Henderson*, in support of the petition.

*Lorinda S. Coon* and *John B. Farley*, in opposition.

Decided March 30, 2004